CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001

UNITED STATES OF AMERICA

vs.    Criminal Number  22 CR 378 (DLF)

ADRIAN WADE
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[■] CJA        [ ] RETAINED        [ ] FEDERAL PUBLIC DEFENDER

_____
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

CHRISTOHER M. DAVIS 385582
*(Attorney & Bar ID Number)*
DAVIS & DAVIS
*(Firm Name)*
1350 CONNECTICUT AVE NW STE 202
*(Street Address)*
WASHINGTON DC   20036
*(City)        (State)        (Zip)*
202 234-7300
*(Telephone Number)*